FILED: October 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4503
(3:11-cr-00370-FDW-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

HARVEY LEE MUNGRO, JR., a/k/a Harvey Lee Mungro

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's motion for extension of time to file the opening brief and joint appendix, the court defers ruling on the motion pending the filing of the brief and appendix on or before October 24, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk